# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3081

_____

Tungalag Sharaa; Baasanjav    *
Yadamsuren,    *
   *
       Petitioners,    *
   *   Petition for Review of
     v.    *   an Order of the Board
   *   of Immigration Appeals.
Eric H. Holder, Jr.,[1]    *
   *   [UNPUBLISHED]
       Respondent.    *

_____

Submitted: April 28, 2009
Filed: May 4, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Mongolian citizens Tungalag Sharaa and Baasanjav Yadamsuren petition for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of withholding of removal and relief under the Convention Against

_____

[1]Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Torture (CAT).[2]  After careful review of the record, we conclude the denial of withholding of removal and CAT relief is supported by substantial evidence in the record.  See Ming Ming Wijono v. Gonzales, 439 F.3d 868, 872-74 (8th Cir. 2006) (standard of review).

Accordingly, we deny the petition.

_____

___

[2]Petitioners' related asylum application was denied as untimely and their motion to reopen was denied, but those decisions are not before us for review.

-2-